EUGENE BOCCHIO, PLAINTIFF-PETITIONER, v. EMIL J. SADLOCH, MAYOR, *ET AL.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

*Mr. Carmen M. Belli* and *Mr. Frank J. Cuccio* for the petitioner.

*Mr. Ervan F. Kushner* and *Mr. Theodore R. Ciesla* for the respondents.